UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTONIO C. GANS,  
        Petitioner,  
    v.  
R. G. WONG, warden,  
        Respondent.  
                                              /

No. C 08-4676 SI (pr)

**ORDER EXTENDING DEADLINES**

    Respondent has filed an <u>ex parte</u> request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney David Rose, the court GRANTS respondent's request. (Docket # 5.) Respondent must file and serve his response no later than **June 26, 2009.** Petitioner must file and serve his traverse no later than **July 31, 2009.**

    IT IS SO ORDERED.

DATED: May 28, 2009

                                                  SUSAN ILLSTON  
                                          United States District Judge