UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO C. GANS, | No. C 08-4676 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINE** |
| v. | |
| R. G. WONG, warden, | |
| Respondent. | |

Petitioner has filed an ex parte motion for an extension of time to file his traverse. Upon due consideration, the court GRANTS the motion. (Docket # 8.) Petitioner must file and serve his traverse no later than **August 28, 2009.**

IT IS SO ORDERED.

DATED: July 2, 2009

_____
SUSAN ILLSTON
United States District Judge