UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO C. GANS, | No. C 08-4676 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| R. G. WONG, warden, | |
| Respondent. | |

The petition for writ of habeas corpus is denied.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: April 22, 2010

SUSAN ILLSTON
United States District Judge